# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA<br>v.<br>MORRIS LEE GARRETT | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 4:02CR40001-001-JPG<br>USM No. 03353-025<br>Melissa Day, FPD<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)    as alleged in petition    of the term of supervision.

☐ was found in violation of condition(s)                after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed offense of Retail Theft | 11/01/2007 |
| Standard # 2 | The defendant failed to submit truthful reports | 04/30/2007 |
| Standard # 11 | The defendant failed to notify probation of being questioned by law enforcement officer | 04/12/2007 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5427

Defendant's Year of Birth: 1957

City and State of Defendant's Residence:
Marion, IL

02/11/2008
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

J. Phil Gilbert      District Judge
Name and Title of Judge

*[Signature]* February 22, 2008
Date

DEFENDANT: MORRIS LEE GARRETT
CASE NUMBER: 4:02CR40001-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant failed to participate in a program for substance abuse | 04/30/2007 |

DEFENDANT: MORRIS LEE GARRETT
CASE NUMBER: 4:02CR40001-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

12 months 1 day

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:
    ☑ at   10:00   ☑ a.m. ☐ p.m. on   02/19/2008  .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on       .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on        to       
at        with a certified copy of this judgment.

UNITED STATES MARSHAL

By       
DEPUTY UNITED STATES MARSHAL